Submit by Email

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING

---- OFFENSE CHARGED ----

26 U.S.C. § 7201 - Tax Evasion

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
26 U.S.C. § 7201- 5 years prison, $250,000 or twice the gross gain or loss, whichever is greater, 3 years supervised release, $100 assessment

---- Name of District Court, and/or Judge/Magistrate Location ----
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

---- DEFENDANT - U.S. ----

▶ RICHARD THOMAS GRANT

DISTRICT COURT NUMBER

CR 14 590 PJH

---- DEFENDANT ----

IS *NOT* IN CUSTODY
1) ☒ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

FILED
NOV 20 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State

If answer to (6) is "Yes", show name of institution

Has detainer been filed? ☐ Yes ☒ No } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year

Or... if Arresting Agency & Warrant were not
Month/Day/Year
DATE TRANSFERRED ▶
TO U.S. CUSTODY

---- PROCEEDING ----
Name of Complaintant Agency, or Person (&Title, if any)
INTERNAL REVENUE SERVICE

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense
SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant
MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

Name and Office of Person
Furnishing Information on MELINDA HAAG
THIS FORM
☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  COLIN C. SAMPSON, AUSA, Tax Division

☐ This report amends AO 257 previously submitted

---- ADDITIONAL INFORMATION OR COMMENTS ----

PROCESS:
☐ SUMMONS ☐ NO PROCESS* ☒ WARRANT    Bail Amount:

If Summons, complete following:
☐ Arraignment ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:

Before Judge:

Comments:

# United States District Court

## FOR THE
## NORTHERN DISTRICT OF CALIFORNIA

VENUE: OAKLAND

**FILED**

NOV 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

---

UNITED STATES OF AMERICA,

V.

RICHARD THOMAS GRANT



CR 14 590 PJH

DEFENDANT(S).

---

# INDICTMENT

26 U.S.C. § 7201 - Tax Evasion

---

A true bill.

_Nancy J. Peterson_
Foreman

Filed in open court this __20th__ day of
_November 2014_

_____ Ada Means
Clerk

Bail, $ _____   **NO BAIL WARRANT**

_Jacqueline Scott Corley_
United States Magistrate Judge

MELINDA HAAG (CABN 132612)
United States Attorney



**FILED**

NOV 20 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. **CR 14 590** |
| Plaintiff, | VIOLATIONS: 26 U.S.C. § 7201 – Tax Evasion |
| v. | |
| RICHARD THOMAS GRANT, | OAKLAND VENUE |
| Defendant. |  |

## INDICTMENT

The Grand Jury charges:

<u>COUNT ONE</u>: (26 U.S.C. § 7201 – Tax Evasion)

On or about May 10, 2005, and continuing to April 18, 2012, in the Northern District of California, the defendant,

RICHARD THOMAS GRANT,

a resident of Point Richmond, California, did willfully attempt to evade and defeat the payment of the tax due and owing by him to the United States of America for the calendar years 2005, 2006, and 2007, by concealing and attempting to conceal from the Internal Revenue Service the nature and extent of his assets and the location thereof, by using a warehouse bank, prepaid debit cards, cashier's checks, and postal money orders to conceal his assets.

INDICTMENT

1   All in violation of Title 26, United States Code, Section 7201.

2   COUNT TWO: (26 U.S.C. § 7201 – Tax Evasion)

3   During the calendar year 2008, in the Northern District of California, the defendant,

4   RICHARD THOMAS GRANT,

5   a resident of Point Richmond, California, had and received taxable income in the sum of
6   $310,129. Upon that taxable income there was due and owing to the United States of America by
7   the defendant an amount of income tax for the calendar year 2008. Well knowing the foregoing
8   facts, and failing to make an individual income tax return or a joint individual income tax return
9   on or before April 15, 2009, as required by law, to any proper officer of the Internal Revenue
10  Service, and pay to the Internal Revenue Service the income tax, GRANT did willfully attempt
11  to evade and defeat the income tax due and owing by him to the United States of America for the
12  calendar year by attempting to conceal from the Internal Revenue Service his share of
13  partnership income from Grant Engineering by causing Grant Engineering's 2008 Form 1065,
14  U.S. Return of Partnership Income, and Schedules K-1 to not be filed with the Internal Revenue
15  Service, and by using cashier's checks and postal money orders to conceal his assets and Grant
16  Engineering partnership income from the Internal Revenue Service.

17  All in violation of Title 26, United States Code, Section 7201.

18  COUNT THREE: (26 U.S.C. § 7201 – Tax Evasion)

19  During the calendar year 2009, in the Northern District of California, the defendant,

20  RICHARD THOMAS GRANT,

21  a resident of Point Richmond, California, had and received taxable income in the sum of
22  $327,729. Upon that taxable income there was due and owing to the United States of America by
23  the defendant an amount of income tax for the calendar year 2008. Well knowing the foregoing
24  facts, and failing to make an individual income tax return or a joint individual income tax return
25  on or before April 15, 2010, as required by law, to any proper officer of the Internal Revenue
26  Service, and pay to the Internal Revenue Service the income tax, GRANT did willfully attempt
27  to evade and defeat the income tax due and owing by him to the United States of America for the
28  calendar year by attempting to conceal from the Internal Revenue Service his share of

INDICTMENT                                    2

partnership income from Grant Engineering by causing Grant Engineering's 2009 Form 1065, U.S. Return of Partnership Income, and Schedules K-1 to not be filed with the Internal Revenue Service, and by using cashier's checks and postal money orders to conceal his assets and Grant Engineering partnership income from the Internal Revenue Service.

All in violation of Title 26, United States Code, Section 7201.

A TRUE BILL

November 20, 2014
DATE

*Nancy J. Peterson*
FOREPERSON

MELINDA HAAG
United States Attorney

*J. Douglas Wilson*
J. DOUGLAS WILSON
Chief, Criminal Division

Approved as to Form

*Colin Sampson*
COLIN SAMPSON
Assistant United States Attorney
Tax Division

INDICTMENT 3