STEVEN G. KALAR
Federal Public Defender

Assistant Federal Public Defender
555 - 12th Street
Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant

**FILED**

DEC - 5 2014

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> Richard Grant, ) <br> ) <br> Defendant. ) <br> ) | No. CR- 14-590 PJH <br><br> Assertion of Fifth and Sixth Amendment Rights |

I, the above named defendant, hereby assert my Fifth and Sixth Amendment rights to remain silent and to have counsel present at any and all of my interactions with the government or others acting on the government's behalf. I do not wish to, and will not, waive any of my constitutional rights except in the presence of counsel. I do not want the government or others acting on the government's behalf to question me, or to contact me seeking my waiver of any rights, unless my counsel is present.

_____  12-5-14        9:30
Defendant                   Date          Time

_____  _____    _____
Assistant Federal Public Defender   Date          Time


Assertion of Fifth and Sixth Amendment Rights