WILLIAM A. COHAN, ESQ. (SB #141804)
WILLIAM A. COHAN, P.C.
P.O. BOX 3448
Rancho Santa Fe, California  92067
(858) 832-1632
(858) 832-1845 (FAX)
Email: bill@williamacohan.com

Attorney for Defendant
RICHARD THOMAS GRANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 4:14-cr-00590-PJH-1 |
| Plaintiff, | ) | **NOTICE OF MENTAL CONDITION PURSUANT TO FED. R. CRIM. P. 12.2 (b)** |
| vs. | ) | |
| RICHARD THOMAS GRANT, | ) | |
| Defendant. | ) | |

TO:   MELINDA HAAG, UNITED STATES ATTORNEY, and
COLIN C. SAMPSON, ASSISTANT UNITED STATES ATTORNEY.

**PLEASE TAKE NOTICE** that at trial Defendant Richard Thomas Grant "intends to introduce expert evidence relating to a mental disease or defect or . . . other mental condition." Fed. R. Crim. P. 12.2(b).  At this time, Mr. Grant anticipates relying on the report and conclusions of George W. Woods, Jr., M.D. Your undesigned will file Dr. Woods' report under seal on or before September 11, 2015.  Your undersigned will also provided a copy of Dr. Woods' report to AUSA Sampson.

On August 31, 2015, defense counsel conferred with government counsel AUSA Colin C. Sampson and provided notice that the preliminary report of defense expert Dr. Woods will be available next week and shall be filed under seal

1   with the Court, at which time a copy will be provided to AUSA Sampson.

2        DATED at Rancho Santa Fe, California this, 2nd day of September, 2015.

3                   WILLIAM A. COHAN, P.C.

4                   *s/ William A. Cohan*
                California Bar No. 141804

5                   P.O. Box 3448
                Rancho Santa Fe, CA 92067

6                   Tel:   (858) 832-1632
                Fax:  (858) 832-1845

7                   E-mail: bill@williamacohan.com

8                   Attorney for Defendant
                RICHARD THOMAS GRANT

9

10

11                 **<u>CERTIFICATE OF SERVICE</u>**

12        I hereby certify that on this 2nd day of September, 2015, I electronically filed

13   the foregoing NOTICE OF MENTAL CONDITION PURSUANT TO

14   FED.R.CRIM.P. 12.2.(b), with the Clerk of Court using the CM/ECF system

15   which will send notification of such filing to the following e-mail address:

16        Colin Christopher Sampson, Esq.
     U.S. Attorney's Office, Northern CA

17        colin.sampson@usdoj.gov

18                   *s/ William A. Cohan*
                William A. Cohan

19

20

21

22

23

24

25

26

27

28