WILLIAM A. COHAN, ESQ. (CA BAR #141804)
WILLIAM A. COHAN, P.C.
P.O. BOX 3448
Rancho Santa Fe, California  92067
(858) 832-1632
(858) 832-1845 (FAX)
Email: bill@williamacohan.com

Attorney for Defendant
RICHARD THOMAS GRANT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>         Plaintiff,  )<br>  )<br> vs.  )<br>  )<br>  )<br> RICHARD THOMAS GRANT,  )<br>  )<br>         Defendant.  )<br>  )<br>  )<br> _____ ) | Case No. 4:14-cr-00590-PJH-1<br><br>**DEFENDANT'S RESPONSE TO GOVERNMENT'S MOTION FOR EXAMINATION AND DISCLOSURE OF MEDICAL RECORDS (DOC. NO. 48)**<br><br>Date:           September 30, 2015<br>Time:          2:30 PM<br>Courtroom:  3<br>Hon. Phyllis J. Hamilton |

Defendant Richard Thomas Grant, by and through undersigned counsel, submits his response in non-opposition to the government's Motion For Mental Status Examination By Government Psychiatrist And For Order Compelling Disclosure Of Defendant's Medical Records (Doc. No. 48)("the Motion").  Pursuant to Fed. R. Crim. P. 12.2, Mr. Grant does not oppose the government's motion provided Mr. Grant receives the same discovery from the government's expert(s) as it requested from the defense.  Mr. Grant agrees to submit to a full medical evaluation by the expert identified by the United States at its expense within the next sixty days. *See* Motion at 4.

Mr. Grant has disclosed the preliminary expert report of Dr. George W. Woods, Jr. as well as Dr. Woods' CV.  Mr. Grant has disclosed the initial government's discovery provided to Drs. Woods and Wood from the Internal Revenue Service's

DEFT'S RESPONSE RE EXAM AND DISCLOSURES - 1

investigation.  *See* Motion at 4.    Mr. Grant is gathering additional reciprocal discovery from Dr. Woods and also from Dr. Stacey Wood, including any expert's notes, materials consulted, testing booklets and scoring reports, and other materials relied upon by Defendant's experts.   These materials will be disclosed to the government by undersigned counsel next week.

DATED: September 23, 2015.              Respectfully Submitted,

WILLIAM A. COHAN, P.C.

 s/ *William A. Cohan*
California Bar No. 141804
P.O. Box 3448
Rancho Santa Fe, CA 92067
Tel:   (858) 832-1632
Fax:   (858) 832-1845
E-mail: bill@williamacohan.com

Attorney for Defendant RICHARD GRANT

## CERTIFICATE OF SERVICE

I hereby certify that on September 23, 2015, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following:

COLIN CHRISTOPHER SAMPSON, ESQ.
colin.sampson@usdoj.gov

 s/ *William A. Cohan*
William A. Cohan, Esq.

DEFT'S RESPONSE RE EXAM AND DISCLOSURES - 2