BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

MATTHEW J. KLUGE (PABN 204285)
Trial Attorney, Tax Division
matthew.j.kluge@usdoj.gov
COLIN SAMPSON (CABN 249784)
Assistant United States Attorney, Tax Division
Colin.Sampson@usdoj.gov
450 Golden Gate Ave., 11th Floor
San Francisco, CA 94102
Telephone:     (415) 436-7020
Facsimile:      (415) 436-7009

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>RICHARD THOMAS GRANT,<br><br>Defendant. | Case No. 4:14-cr-00590-PJH<br><br>APPLICATION AND [Proposed] ORDER TO SEAL UNITED STATES' *Daubert* MOTION <u>AND [Proposed] ORDER</u><br><br>Date:        May 25, 2016<br>Time:        2:30 p.m.<br>Place:       Courtroom #3, 3rd Fl.<br><br>(UNDER SEAL) |

<u>SEALING APPLICATION</u>

The United States respectfully requests that this Court enter the proposed Sealing Order set forth below, requiring that the Clerk of the Court file and maintain under seal the United States' *Daubert* Motion in this matter.

Like the Defendant's Motion to File Under Seal the report of Dr. George W. Woods related to the Defendant's Notice of Mental Condition Pursuant to Fed. R. Crim. P. 12.2(b) (Doc. Nos. 44, 45), the United States' Motion, as well as the Exhibits attached thereto, contain sensitive medical information

1

1   about the Defendant.  The United States asserts that Defendant's medical privacy concerns constitute

2   "compelling reasons" sufficient for the Court to grant the United States' Application to Seal pursuant to

3   *Kamakana v. City & Cty. Of Honolulu*, 447 F. 3d 1172, 1178 (9th Cir. 2006).

4         Respectfully submitted this 10th day of May, 2016.

5                                          BRIAN J. STRETCH
                                           United States Attorney
6

7                                          _____/s/_____
                                           MATTHEW J.  KLUGE
8                                          Trial Attorney, Tax Division
                                           COLIN SAMPSON
9                                          Assistant United States Attorney, Tax Division

10                                         Attorneys for United States of America

11

12

13                                    SEALING ORDER

14        Based upon the above Application, and for compelling reasons appearing, the COURT HEREBY

15   ORDERS that the clerk of the Court shall file and maintain under seal, until further order of the Court,

16   the United States' *Daubert* Motion and Exhibits.

17

18        IT IS SO ORDERED.

19        Dated: _____        _____

20                                           UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28

                                           2