BRIAN J. STRETCH (CABN 163973)
United States Attorney

DAVID CALLAWAY (CABN 121782)
Chief, Criminal Division

COLIN SAMPSON (CABN 249784)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, CA 94102-3495
Telephone:   (415) 436-7020
Facsimile:   (415) 436-7009
Colin.Sampson@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) No.: CR-14-00590 PJH |
|---|---|
| Plaintiff, | ) **Joint Stipulation of the Parties** |
| v. | ) |
| RICHARD THOMAS GRANT, | ) |
| Defendant. | ) |

The parties stipulate and agree that the following is true and correct: The documents and records listed below are authentic in accordance with Federal Rule of Evidence 901, and may be admitted into evidence without the necessity of establishing a foundation of authenticity or identification. It is further agreed by the parties that the documents are admissible into evidence as exceptions to the hearsay rule under provisions of Federal Rule of Evidence 803(8) and that copies may be introduced at trial in lieu of the original documents. It

JOINT STIPULATION OF THE PARTIES                    1

13880057.1

is further agreed by the parties that the documents are relevant under Federal Rule of Evidence 401, and not excludable pursuant to Federal Rule of Evidence 403. All parties reserve the privilege of calling witnesses to explain, analyze, and otherwise present these exhibits to the jury.

| **Exhibit No.** | **Description** | **Bates No.** |
|---|---|---|
| 106 | Request for a Collection Due Process Hearing from Richard Grant received 9/19/2005 | US03279-80 |
| 107 | Letter from IRS Settlement Officer Colleen Cahill to Richard Grant dated 10/27/2005 re: receipt of request for collection due process hearing | US03281-83 |
| 108 | Letter from Richard Grant dated 11/9/2005 to IRS re: Collection Due Process Levy Letter for tax years 2001 and 2002 | US02191-94 |
| 109 | Letter from IRS Settlement Officer Colleen Cahill to Richard Grant dated 3/6/2006 | US03284 |
| 110 | Letter from Richard Grant dated 3/15/2006 to IRS re: collection due process request | US03289 |
| 111 | IRS Notice of Determination and Attachment dated 3/24/2006 | US03290-98 |

SO STIPULATED:

DATED: May 11, 2016.

WILLIAM A. COHAN
Attorney for Defendant Richard Grant

DATED: May 11, 2016.

COLIN SAMPSON
Assistant United States Attorney
MATTHEW J. KLUGE
Trial Attorney, Tax Division