UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES**

**Date:** November 9, 2016 (Time: 1 hour 40 minutes) **JUDGE:** Phyllis J. Hamilton

**Case No:** CR 14-590 PJH
**Case Name:**   UNITED STATES   v. RICHARD THOMAS GRANT (PRESENT)

**Attorney for Plaintiff:**   Colin Sampson; Matthew Kluge
**Attorney for Defendant:**  William Cohan

**Deputy Clerk:** Nichole Peric          **Court Reporter:**  Kathy Wyatt

**Probation:**  Karen Mar

### PROCEEDINGS

Sentencing-Held.  The defendant is committed to the custody of the Bureau of Prisons for a term of 33 months as to count one, 33 months as to count two, 33 months as to count three will all terms to run concurrently.  The total term of imprisonment is 33 months.  Upon release from custody the defendant shall be placed on supervised release for 3 years as to counts one, two and three will all counts to run concurrently.  The total term of supervised release is 3 years.  The defendant shall abide by all the standard and special conditions of supervised release as stated on the record.  The defendant shall pay a special assessment in the amount of $300, fine in the amount of $7,500 and restitution in the amount of $402, 457.39.  The defendant shall also pay the cost of prosecution in the amount of $4,400.90. The mandatory drug testing provision is waived.

The Court will make a recommendation to the Bureau of Prisons that the defendant be designated to a facility as close to Pensacola, FL as possible to facilitate family visits.

The defendant shall self-surrender on 1/9/17 to the facility if designated, otherwise to the U.S. Marshal by noon.

The defendant is advised of his appellate rights.

cc:  chambers